# Court of Appeals
# of the State of Georgia

ATLANTA,   July 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0456. JAMES M. MARTIN v. SHEVONDAH FIELDS, MANAGER, GEORGIA DEPARTMENT OF CORRECTIONS INMATE AFFAIRS AND APPEALS.**

On August 29, 2011, this Court issued an order granting James M. Martin's application for discretionary appeal in Case Number A11D0511.  The order notified Martin that he had 10 days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g). Martin, however, did not file his notice of appeal until 24 days later on September 22, 2011. Because the timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court, we dismissed his appeal as untimely in Case Number A12A0285. See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).  Martin then filed a motion for a Writ of Mandamus with the trial court, attempting to compel the trial court to review its prior decision. The trial court denied Martin's motion on May 22, 2013, and Martin filed this application for discretionary appeal on June 25, 2013. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Martin's application was filed outside the 30-day period, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/23/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*